IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER M. NOVICK,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | CIVIL ACTION<br>NO. 17-5498 |

### ORDER

**AND NOW**, this 12th day of February 2018, upon receipt of the attached letter from counsel for Plaintiff informing the Court that the above-captioned action has settled, it is **ORDERED** as follows:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).
2. The Clerk of Court shall close the above-captioned case for statistical purposes.
3. The Clerk of Court shall docket the attached letter.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.